450 A.2d 1057

Commonwealth v. Batezell, Appellant.
Petition for Allowance of Appeal
Denied Feb. 23, 1983.

Submitted March 3, 1982. Douglas M. Johnson, Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Affirmed.

450 A.2d 1058

Commonwealth v. Brown, Appellant.
Petition for Allowance of Appeal
Denied Dec. 28, 1982.

Submitted April 23, 1982. Douglas M. Johnson, Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgment of sentence affirmed. Jurisdiction of the Superior Court of Pennsylvania is relinquished. The lower court shall enforce the sentence.